UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CARL WATKINS,

                    Plaintiff,

    -against-

DALE ARTUS, et al,

                  Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08Civ. 05891 (RJH) (MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| __X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* <br><br> _____ <br> _____ | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br> Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| ___ Settlement* | ___ Social Security |
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br><br> Particular Motion:_____ <br> _____ <br><br> All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               July 25, 2008

                                                        _____
                                                           HON. Richard J. Holwell
                                                            United States District Judge